UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcus D. BRICENO,<br><br>Plaintiff,<br><br>v.<br><br>Blake WILLIAMS, San Diego Police Officer, et al.,<br><br>Defendants. | Case No.: 16-cv-1665-JAH-AGS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL (ECF No. 62), VACATING AUGUST 8, 2019 HEARING, AND GRANTING IN PART DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER (ECF No. 65)** |

Defendant Blake Williams's unopposed motion to compel additional responses to its discovery requests is granted. *See* Local Civ. R. 7.1.f.3.c ("If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2 [requiring timely opposition], that failure may constitute a consent to the granting of a motion or other request for ruling by the court."). The related August 8, 2019 hearing is vacated. Within 30 days, plaintiff must supplement his written discovery responses to include:

(1) Written responses to the requests for production of documents which indicate which documents are responsive to which requests;

(2) Full narrative responses to each interrogatory;

(3) Full responses to the request for admissions; and

(4) A privilege log for any documents withheld on the basis of privilege.

1

Defendant Williams's other motion, to modify the scheduling order, is likewise unopposed. (*See* ECF No. 66 (granting plaintiff until "August 2, 2019" to "file any response" to the motion).) In that motion, Williams seeks a four-month extension to all deadlines. The Court concludes that, despite being unopposed, defendant has not yet set out sufficient good cause to warrant such a long extension to the deadlines in this otherwise straightforward case. As such, the Court grants the motion, but the new deadlines will be:

| CASE MANAGEMENT SCHEDULE ||
|---|---|
| **Event** | **Deadline** |
| Fact Discovery Completion | October 23, 2019 |
| Expert Discovery Completion | October 23, 2019 |
| MSC Briefs | November 15, 2019 |
| Mandatory Settlement Conference | November 22, 2019, at 2:00 p.m. |
| Pretrial Motions Deadline | November 29, 2019 |
| Rule 26(a)(3) Disclosures | March 2, 2019 |
| Meet and Confer on the PTO | March 9, 2019 |
| Draft PTO to Defense Counsel | March 16, 2020 |
| Lodge PTO | March 23, 2020 |
| Final Pretrial Conference | March 30, 2020, at 2:30 p.m. |

This order only modifies the dates in the scheduling order (ECF No. 46); all other provisions remain in effect.

Dated: August 6, 2019

_____
Hon. Andrew G. Schopler
United States Magistrate Judge