UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcus D. BRICENO,<br><br>                                    Plaintiff,<br><br>v.<br><br> Blake WILLIAMS, San Diego Police<br> Officer, et al.,<br><br>                                    Defendants. | Case No.:  16-cv-1665-JAH-AGS<br><br>**ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO A TELEPHONIC HEARING** |

Due to the national COVID-19 emergency, the Court converts the May 18, 2020 Mandatory Settlement Conference before Judge Schopler to a telephonic hearing. Defense counsel remains responsible for ensuring plaintiff's participation.

Dated:  April 21, 2020

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

1