UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. BRICENO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BLAKE WILLIAMS SAN DIEGO POLICE OFFICER; CHRIS CUMMINGS, SAN DIEGO POLICE OFFICER,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:16-cv-01665-JAH-AGS<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING CASE IN ITS ENTIRETY** |

On August 22, 2022, Defendant Officer Blake Williams ("Defendant") filed an Ex Parte Motion to Vacate the Deadline for the Parties to Submit a Proposed Trial Schedule and to Set a Status Conference. (ECF No. 123). Defendant's motion states that although Plaintiff has been released from custody, he has absconded from probation and Defendant has otherwise been unable to contact Plaintiff. (*Id.*) Magistrate Judge Andrew G. Schloper granted Defendant's motion and set a telephonic status conference. (ECF No. 124). Plaintiff did not appear for the status conference, and to date, has not updated his mailing address. *See* CivLR 83.11.b ("If mail directed to a pro se plaintiff by the clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the court and the opposing parties within 60 days thereafter of the plaintiff's

current address, the court may dismiss the action without prejudice for failure to prosecute."). On October 3, 2022, the magistrate judge submitted a Report and Recommendation recommending that this case be dismissed for failure to prosecute. Defendant filed a Notice of Non-Opposition. (ECF No. 127).

    Accordingly, the Court ADOPTS the Report and Recommendation and dismisses the above-captioned in its entirety case without prejudice for a failure to prosecute.

    **IT IS SO ORDERED.**

DATED: October 20, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE